UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MATTHEW AND MONICA DAWKINS,** § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | **Civil Action No. 4:24-cv-639** |
| § | |
| **ALLSTATE VEHICLE & PROPERTY** § | **JURY TRIAL REQUESTED** |
| **INSURANCE COMPANY** § | |
| *Defendants*. § | |

**DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant Allstate Vehicle and Property Insurance Company, and files this Certificate and Disclosure Statement in compliance with Rule 7.1(a) of the Federal Rules of Civil Procedure as follows:

**DISCLOSURE STATEMENT**

1.01   Allstate Vehicle and Property Insurance Company is an Illinois corporation organized under the laws of the State of Illinois and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 2775 Sanders Road, Northbrook, IL 60062.

- Allstate Vehicle and Property Insurance Company is an Illinois corporation and a wholly-owned subsidiary of Allstate Insurance Holdings, LLC. Allstate Insurance Holdings, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation.

**CERTIFICATE OF INTERESTED PERSONS**

1.02   The following is a complete list of all persons, associations of persons, firms,

partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

(1) Matthew Dawkins – Plaintiff

(2) Monica Dawkins – Plaintiff

(3) Eric Dick, Dick Law Firm, PLLC – Plaintiff's Counsel

(4) Allstate Vehicle and Property Insurance Company - Defendant

(5) Michael W. McCoy, Martin, Disiere, Jefferson & Wisdom, LLP – Defendant's Counsel

(6) Kurstin P. Grady, Martin, Disiere, Jefferson & Wisdom, LLP – Defendant's Counsel

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/ Michael W. McCoy*
**Michael W. McCoy**
State Bar No. 13471850
SDTX Federal No. 3801
E-mail: mccoy@mdjwlaw.com
**Kurstin P. Grady**
State Bar No. 24136868
SDTX Federal No. 3866997
E-mail: grady@mdjwlaw.com

808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE & PROPERTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I served the following counsel of record electronically or by other manner authorized by the Federal Rules of Civil Procedure:

Eric B. Dick  *Via ECF:* eric@dicklawfirm.com
DICK LAW FIRM, PLLC
3701 Brookwoods Drive
Houston, Texas 77092

 */s/ Michael W. McCoy*
Michael W. McCoy