UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW AND MONICA DAWKINS, § | |
|    *Plaintiff,* § | |
| § | |
| **v.** § | Civil Action No. 4:24-cv-639 |
| § | |
| ALLSTATE VEHICLE & PROPERTY § | JURY TRIAL REQUESTED |
| INSURANCE COMPANY § | |
|    *Defendants*. § | |

## DEFENDANT'S CERTIFICATE OF NOTICE OF FILING

The undersigned attorney of record for Allstate Vehicle & Property Insurance Company ("Defendant") in the above-entitled and numbered cause, hereby certifies that on February 23, 2024, a copy of Defendant's Notice of Removal in this action was filed with the 333rd Judicial District Court of Harris County, Texas for Cause No. 2024-03278, and that written notice of filing of Defendant's Notice of Removal was served on attorneys of record for Plaintiff.

Respectfully submitted,

By: */s/ Michael W. McCoy*
   **Michael W. McCoy**
   State Bar No.: 13471850
   E-Mail: mccoy@mdjwlaw.com
   **Kurstin P. Grady**
   State Bar No. 24136868
   E-mail: grady@mdjwlaw.com

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone:  (713) 632-1751
Facsimile:    (713) 222-0101

**ATTORNEYS FOR DEFENDANT,
ALLSTATE VEHICLE & PROPERTY
INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of *Certificate of Notice of Filing* has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, by CM/ECF filing on February 23, 2024.

Eric B. Dick                                                                                    **Via ECF:** *eric@dicklawfirm.com*
Dick Law Firm, PLLC
3701 Brookwoods Drive
Houston, Texas 77092
*Attorneys for Plaintiffs*


                                                                /s/ *Michael W. McCoy*
                                                                Michael W. McCoy