IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MATTHEW AND MONICA DAWKINS,** | § | |
|  *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-639 |
| | § | |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY,** | § § § | |
|  *Defendant*. | § | |

### ORDER ON PLAINTIFF'S MOTION TO COMPEL APPRAISAL AND ABATEMENT

Before the Court is Plaintiff's Motion to Compel Appraisal and Abatement (the "Motion"). Having considered the Motion, Defendant's response, if any, and the evidence and the pleadings and papers on file, the Court finds there is good and sufficient cause for the Motion and that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is hereby in all things GRANTED.

IT IS FURTHER ORDERED that Defendant is hereby compelled to participate in the appraisal process as set forth in the policy of insurance referenced in the Motion. Defendant shall submit its appraiser appointment to Plaintiff within seven (7) days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff's entire claim shall be submitted to the appraisal process.

IT IS FURTHER ORDERED that the above-styled and captioned cause is hereby ABATED and STAYED for one hundred and twenty (120) days or until such time as Plaintiff and

Defendant advise the Court that the appraisal has been completed. This abatement includes all objections and responses to outstanding written discovery and all trial deadlines, including all expert designations and discovery cutoff. Objections and responses to any served discovery—including Requests for Admission, Requests for Production, Requests for Disclosure and Interrogatories—will be due sixty (60) days following the date of the appraisal award.

SIGNED on _____.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

*/s/ Eric B. Dick*_____
Eric B. Dick, LL.M.
SBN: 24064316
3701 Brookwoods Dr.
Houston, Texas 77092
(844) 447-3234 Telephone
eric@dicklawfirm.com