IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW AND MONICA DAWKINS,<br>*Plaintiffs,*<br><br>v.<br><br>ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY,<br>*Defendants,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 4:24-cv-639<br><br>    JURY TRIAL REQUESTED |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Matthew and Monica Dawkins, submits the following Certificate of Interested Persons and Rule 7.1 Disclosure Statement that contains a complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who appear from the pleadings to be financially interested in the outcome of the case.

1) Plaintiffs: Matthew and Monica Dawkins (Insured);

2) Defendant: Allstate Vehicle & Property Insurance Company (Insurer);

3) Plaintiff's Counsel: Eric B. Dick; DICK LAW FIRM, PLLC; and

4) Defendant's Counsel: Michael W. McCoy, Kurstin P. Grady; MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

This list will be supplemented if additional parties are added or if additional parties are identified.

Respectfully submitted,

By: */s/ Eric B. Dick*
Eric Dick, LL.M., Attorney-In-Charge
TBN: 24064316
FIN: 1082959
DICK LAW FIRM, PLLC
3701 Brookwoods Dr.
Houston, Texas 77092
(844) 447-3234 Telephone
eric@dicklawfirm.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that in accordance with the Federal Rules of Civil Procedure I served a true and correct copy of the above on the parties of record. This service was made in a manner appropriate under the Federal Rules of Civil Procedure.

SIGNED on March 19, 2024.

*/s/ Eric B. Dick*
Eric Dick, LL.M.
TBN: 24064316
FIN: 1082959