UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MATTHEW AND MONICA DAWKINS,** §<br>  *Plaintiff,* §<br> §<br>**v.** §<br> §<br>**ALLSTATE VEHICLE & PROPERTY** §<br>**INSURANCE COMPANY** §<br>  *Defendants.* § | Civil Action No. 4:24-cv-639<br><br>**JURY TRIAL REQUESTED** |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND FOR SANCTIONS

On this day, the Court having considered Defendant Allstate Vehicle and Property Insurance Company's Motion to Dismiss and for Sanctions, as well as any responses and any replies, hereby GRANTS the relief requested.

Accordingly, it is ORDERED that Defendant's Motion to Dismiss and for Sanctions is hereby GRANTED in its entirety and this case is DISMISSED without prejudice.

Plaintiffs are hereby ORDERED to pay Defendant's reasonable and necessary attorneys' fees incurred in defending this action in the amount of $_____.

Signed and entered this _____ day of _____, 2024.

_____
JUDGE PRESIDING