UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MATTHEW AND MONICA DAWKINS,** §<br>　　*Plaintiff,* §<br>§<br>**v.** §<br>§<br>**ALLSTATE VEHICLE & PROPERTY** §<br>**INSURANCE COMPANY** §<br>　　*Defendants.* § | **Civil Action No. 4:24-cv-639**<br><br>**JURY TRIAL REQUESTED** |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL APPRAISAL AND ABATEMENT**

On this day, the Court having considered Plaintiffs' Motion to Compel Appraisal and Abatement, as well as Defendant's Response thereto and any replies by Plaintiffs, hereby DENIES the relief requested.

Accordingly, it is ORDERED that Plaintiffs' Motion to Compel Appraisal and Abatement is hereby DENIED in its entirety.

Signed and entered this _____ day of _____, 2024.

_____
JUDGE PRESIDING