### BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS                    §
                                 §
COUNTY OF HARRIS                 §

BEFORE ME, the undersigned authority, personally appeared RICHARD GADROW, who, being by me duly sworn, deposed as follows:

"My name is RICHARD GADROW. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated, which are true.

I am the custodian of records for QUANTUM CLAIM CONSULTING SERVICES.

Attached hereto are 103 pages of records from QUANTUM CLAIM CONSULTING SERVICES. These said 103 pages of records are kept by QUANTUM CLAIM CONSULTING SERVICES during the regular course of business, and it was the regular course of business of QUANTUM CLAIM CONSULTING SERVICES for an employee or representative of QUANTUM CLAIM CONSULTING SERVICES with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further Affiant Sayeth Not."

By: _____
       RICHARD GADROW

Subscribed and sworn to me the undersigned notary public on the __25__ day of __April_____, 20__24__.

LOUIS CHARLES TAYLOR JR
Notary ID #133619752
My Commission Expires
March 1, 2026

_____
NOTARY PUBLIC, State of Texas

My commission expires: __March 1 2026__

1

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

| | |
|---|---|
| Client: | Monica Dawkins |
| Property: | 4430 Kulkarni street |
| | Houston, TX 77045 |
| | |
| Operator: | RICK.QCC |
| | |
| Estimator: | QCC ESTIMATOR |
| Company: | Quantum Claim Consultants |
| Business: | 30718 Meadow Edge Dr. |
| | Magnolia , TX 77354 |

Type of Estimate:
Date Entered:     5/31/2023          Date Assigned:

| | |
|---|---|
| Price List: | TXHO8X_MAY23 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | DICKLAW-23170HOU |
| File Number: | DL23170HOU |

The following estimate is based upon a visual inspection of the above referenced property conducted in May of 2023. No destructive testing of any kind was performed during the inspection. This estimate is based on the current xactimate pricelist for the area and in accordance with general construction practices and applicable codes taken into account. We reserve the right to alter or modify our opinions and, by extension, this  estimate as new information becomes available. QCC Services is NOT a public adjusting firm we are an inspection and estimating firm contracted by  Others to provide a disinterested third party estimate for the repairs to the subject property caused by a covered peril as defined by Others.

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

**DICKLAW-23170HOU**

**Packout**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 26.  Content Manipulation charge - per hour | 32.00 HR @ | 47.12 = | 1,507.84 |
| 28.  Contents Evaluation and/or Supervisor/Admin - per hour | 16.00 HR @ | 66.35 = | 1,061.60 |

**Master Bathroom**        LxWxH 9' 6" x 5' 11" x 8'

**Subroom 1:  offset 1**        LxWxH 4' 11" x 2' 9" x 8'

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 15.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 3.00 HR @ | 49.22 = | 147.66 |
| 17.  Provide box & tape - small size | 1.00 EA @ | 2.34 = | 2.34 |
| 18.  Provide box & tape - medium size | 1.00 EA @ | 3.30 = | 3.30 |
| 19.  Provide box & tape - large size | 1.00 EA @ | 4.41 = | 4.41 |
| 20.  Provide mirror/picture box, packing paper & tape | 1.00 EA @ | 10.04 = | 10.04 |
| 38.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 124.33 SF @ | 3.77 = | 468.73 |
| 39.  Detach & Reset Toilet | 1.00 EA @ | 293.09 = | 293.09 |
| 41.  Detach & Reset Fiberglass shower unit | 1.00 EA @ | 602.54 = | 602.54 |
| 29.  R&R Baseboard - 2 1/4" | 46.17 LF @ | 3.96 = | 182.83 |
| 31.  Paint baseboard - two coats | 46.17 LF @ | 1.49 = | 68.79 |
| 33.  Scrape the walls & prep for paint | 369.33 SF @ | 0.66 = | 243.76 |
| 34.  Texture drywall - light hand texture | 369.33 SF @ | 1.17 = | 432.12 |
| 36.  Seal/prime then paint the walls (2 coats) | 369.33 SF @ | 0.98 = | 361.94 |
| 37.  Mask and prep for paint - tape only (per LF) | 138.50 LF @ | 0.63 = | 87.26 |
| 42.  R&R Vanity | 5.25 LF @ | 248.51 = | 1,304.68 |
| 44.  R&R Countertop - flat laid plastic laminate | 5.25 LF @ | 50.55 = | 265.39 |
| 45.  R&R Sheathing - OSB - 3/4" - tongue and groove | 69.73 SF @ | 4.35 = | 303.32 |
| 107.  R&R Vinyl tile | 69.73 SF @ | 5.37 = | 374.45 |

**Kitchen**        LxWxH 18' 3" x 8' 3" x 8'

**Subroom 1:  offset 1**        LxWxH 4' 10" x 3' x 8'

**Subroom 2:  offset 2**        LxWxH 6' 7" x 1' 1" x 5' 2"

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 21.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 3.00 HR @ | 49.22 = | 147.66 |
| 22.  Provide box & tape - small size | 1.00 EA @ | 2.34 = | 2.34 |
| 23.  Provide box & tape - medium size | 1.00 EA @ | 3.30 = | 3.30 |
| 24.  Provide box & tape - large size | 1.00 EA @ | 4.41 = | 4.41 |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 25.  Provide mirror/picture box, packing paper & tape | 1.00 | EA @ | 10.04 = | 10.04 |
| 47.  R&R Baseboard - 2 1/4" | 84.00 | LF @ | 3.96 = | 332.64 |
| 48.  Paint baseboard - two coats | 84.00 | LF @ | 1.49 = | 125.16 |
| 49.  Scrape the walls and ceiling & prep for paint | 800.75 | SF @ | 0.66 = | 528.50 |
| 50.  Texture drywall - light hand texture | 800.75 | SF @ | 1.17 = | 936.88 |
| 51.  Seal/prime then paint the walls and ceiling (2 coats) | 800.75 | SF @ | 0.98 = | 784.74 |
| 52.  Mask and prep for paint - tape only (per LF) | 252.00 | LF @ | 0.63 = | 158.76 |
| 53.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 64.00 | SF @ | 3.77 = | 241.28 |
| 54.  R&R Cabinetry - upper (wall) units | 13.08 | LF @ | 178.37 = | 2,333.08 |
| 55.  R&R Cabinetry - lower (base) units | 12.00 | LF @ | 260.46 = | 3,125.52 |
| 56.  R&R Countertop - flat laid plastic laminate | 12.00 | LF @ | 50.55 = | 606.60 |

**Dining Room**                                                      **LxWxH 14' 7" x 9' 5" x 8'**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 57.  R&R Baseboard - 2 1/4" | 48.00 | LF @ | 3.96 = | 190.08 |
| 58.  Paint baseboard - two coats | 48.00 | LF @ | 1.49 = | 71.52 |
| 59.  Scrape the walls and ceiling & prep for paint | 521.33 | SF @ | 0.66 = | 344.08 |
| 60.  Texture drywall - light hand texture | 521.33 | SF @ | 1.17 = | 609.96 |
| 61.  Seal/prime then paint the walls and ceiling (2 coats) | 521.33 | SF @ | 0.98 = | 510.90 |
| 62.  Mask and prep for paint - tape only (per LF) | 144.00 | LF @ | 0.63 = | 90.72 |
| 63.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 32.00 | SF @ | 3.77 = | 120.64 |
| 64.  Detach & Reset Chandelier | 1.00 | EA @ | 187.04 = | 187.04 |

**General**

**Construction general**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 66.  Residential Supervision / Project Management - per hour | 164.00 | HR @ | 70.80 = | 11,611.20 |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - Construction general**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

When Xactware performs market research on unit prices, those surveyed are specifically asked to not include expenses that would be included in the General Overhead and Profit markup percentages (item #1 below).

• General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate–General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate.

• Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor. Examples (including but not limited to): Project managers, onsite portable offices and restroom facilities, temporary power and fencing, security if needed, etc.

Including Job-Related Overhead expenses in an Xactimate estimate–Job Related Overhead expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items.

| | | | |
|---|---|---|---|
| 67. General Laborer - per hour | 85.00 HR @ | 39.03 = | 3,317.55 |

** NOTE: 1926.502(h)(1) - The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure
that the safety monitor complies with the following requirements.

| | | | |
|---|---|---|---|
| 68. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 2.00 EA @ | 487.63 = | 975.26 |

**Health and safety**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| ****** COVID 19 Special Provisions ****** | | | |

**Supervision Monitor:**

| | | | |
|---|---|---|---|
| 70. Hazardous Waste/Mold Cleaning -Supervisory/Admin- per hour | 88.00 HR @ | 78.71 = | 6,926.48 |

**Personal Protective Equipment:**
*Note: WDV Laborers 2 for 3 days / FRM Laborers 3 for 3 days / INS Laborer 1 for 1 day / DRY Laborers 6 for 3 days / PNT Laborers 6 for 3 days / PLM Laborer 1 for 1 day (2 1/2 days) / CLN Laborers 6 for 1 day. Each laborer will require 4 suits per day as the suits must be properly disposed of at morning break, lunch and afternoon break.*

| | | | |
|---|---|---|---|
| 72. Add for personal protective equipment (hazardous cleanup) | 236.00 EA @ | 13.55 = | 3,197.80 |
| 73. Eye protection - plastic goggles - Disposable | 236.00 EA @ | 12.54 = | 2,959.44 |
| 74. General Laborer - per hour | 14.00 HR @ | 38.77 = | 542.78 |

**Temporary Hand Wash Station & Restroom Facilities:**
*By Order of Harris County Judge Linda Hidalgo*

| | | | |
|---|---|---|---|
| 75. Install Temporary toilet - Minimum rental charge | 1.00 EA @ | 117.45 = | 117.45 |
| 76. Clean toilet | 67.00 EA @ | 22.18 = | 1,486.06 |
| 77. R&R Soap/hand sanitizer dispenser - wall mounted - High grade | 1.00 EA @ | 99.73 = | 99.73 |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - Health and safety**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Decontamination Staging Area:** | | | |
| 79. General Laborer - per hour | 2.00 HR @ | 38.77 = | 77.54 |
| 80. Temporary safety shower | 1.00 EA @ | 90.61 = | 90.61 |
| **Testing  Workers:** | | | |
| **Contaminated Trash:** | | | |
| 81. Plastic bag - used for hazardous waste cleanup - Large | 66.00 EA @ | 3.46 = | 228.36 |
| **Air Quality and Filtration:** | | | |
| 82. Powered Air-Purifying Respirator (PAPR) - per day | 15.00 DA @ | 73.25 = | 1,098.75 |
| 83. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. | 15.00 DA @ | 124.43 = | 1,866.45 |
| **Filters:** | | | |
| 84. Add for HEPA filter (for neg. air machine/vacuum - Large) | 3.00 EA @ | 296.58 = | 889.74 |
| **Windows** | | | |
| 85. R&R Window drapery - hardware | 2.00 EA @ | 94.89 = | 189.78 |
| 87. Clean window blind - horizontal or vertical - Heavy | 14.00 SF @ | 1.87 = | 26.18 |
| 88. Apply biological cleaning agent (spore-based) to the surface area | 206.00 SF @ | 0.34 = | 70.04 |
| **Window Glass** | | | |
| 89. Clean the surface area - Heavy | 246.00 SF @ | 0.75 = | 184.50 |
| 90. Apply biological cleaning agent (spore-based) to the surface area | 246.00 SF @ | 0.34 = | 83.64 |
| **Doors** | | | |
| **Door Hardware** | | | |
| 91. Clean door hardware | 8.00 EA @ | 6.76 = | 54.08 |
| **Door Panel** | | | |
| 92. Clean door (per side) - Heavy | 16.00 EA @ | 9.71 = | 155.36 |
| 93. Apply biological cleaning agent (spore-based) to the surface area | 288.00 SF @ | 0.34 = | 97.92 |
| **Electrical / Lighting** | | | |
| 94. Clean ceiling fan and light | 3.00 EA @ | 26.41 = | 79.23 |
| 95. Apply biological cleaning agent (spore-based) to the surface area | 3.00 SF @ | 0.34 = | 1.02 |
| **HVC** | | | |
| 96. Clean register - heat / AC | 8.00 EA @ | 5.73 = | 45.84 |
| 97. Clean ductwork - Interior (PER REGISTER) | 8.00 EA @ | 33.27 = | 266.16 |
| 98. Apply biological cleaning agent (spore-based) to the surface area | 8.00 SF @ | 0.34 = | 2.72 |
| 99. Clean cold air return cover | 1.00 EA @ | 8.84 = | 8.84 |
| **Plumbing** | | | |
| 100. Clean bathroom fan - Heavy | 3.00 EA @ | 40.80 = | 122.40 |
| 101. Clean sink and faucet | 2.00 EA @ | 17.61 = | 35.22 |
| 102. Clean shower - Heavy | 2.00 EA @ | 58.64 = | 117.28 |
| 103. Clean tub / shower faucet - Heavy | 2.00 EA @ | 19.62 = | 39.24 |
| 104. Clean toilet - Heavy | 3.00 EA @ | 30.34 = | 91.02 |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - Health and safety**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 105.  Clean toilet seat - Heavy | 3.00 EA @ | 6.35 = | 19.05 |
| 106.  Clean bath accessory - Heavy | 5.00 EA @ | 9.68 = | 48.40 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 65.  Electrical labor minimum | 1.00 EA @ | 149.04 = | 149.04 |
| 78.  Finish hardware labor minimum | 1.00 EA @ | 120.51 = | 120.51 |
| 86.  Window treatment repair | 1.00 EA @ | 47.46 = | 47.46 |
| 108.  Vinyl floor covering labor minimum | 1.00 EA @ | 40.23 = | 40.23 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,381.89 | SF Walls | 379.25 | SF Ceiling | 1,761.14 | SF Walls and Ceiling |
| 379.25 | SF Floor | 42.14 | SY Flooring | 178.17 | LF Floor Perimeter |
| 450.68 | SF Long Wall | 240.26 | SF Short Wall | 178.17 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Summary

| | |
|---|---:|
| Line Item Total | 56,772.30 |
| Material Sales Tax | 561.19 |
| Cleaning Mtl Tax | 603.71 |
| Subtotal | 57,937.20 |
| Overhead | 7,242.21 |
| Profit | 8,147.50 |
| Cleaning Sales Tax | 444.15 |
| **Replacement Cost Value** | **$73,771.06** |
| **Net Claim** | **$73,771.06** |

_____
QCC ESTIMATOR

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

### Recap of Taxes, Overhead and Profit

| | Overhead (12.5%) | Profit (12.5%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 7,242.21 | 8,147.50 | 561.19 | 603.71 | 444.15 | 0.00 | 0.00 | 0.00 |
| **Total** | **7,242.21** | **8,147.50** | **561.19** | **603.71** | **444.15** | **0.00** | **0.00** | **0.00** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap by Room

**Estimate: DICKLAW-23170HOU**

|  |  |  |
|---|---|---|
| Packout | 2,569.44 | 4.53% |
| Master Bathroom | 5,156.65 | 9.08% |
| Kitchen | 9,340.91 | 16.45% |
| Dining Room | 2,124.94 | 3.74% |

**Area: General**

|  |  |  |
|---|---|---|
| Construction general | 15,904.01 | 28.01% |
| Health and safety | 21,319.11 | 37.55% |
| Area Subtotal:  General | 37,223.12 | 65.57% |
| Labor Minimums Applied | 357.24 | 0.63% |
| Subtotal of Areas | 56,772.30 | 100.00% |
| Total | 56,772.30 | 100.00% |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CABINETRY | 7,246.85 | 9.82% |
| CONT: GARMENT & SOFT GOODS CLN | 315.42 | 0.43% |
| CLEANING | 2,594.36 | 3.52% |
| CONTENT MANIPULATION | 1,507.84 | 2.04% |
| CONT: PACKING,HANDLNG,STORAGE | 1,081.68 | 1.47% |
| GENERAL DEMOLITION | 1,821.31 | 2.47% |
| DRYWALL | 2,690.63 | 3.65% |
| ELE | 149.04 | 0.20% |
| FLOOR COVERING - VINYL | 312.87 | 0.42% |
| FINISH CARPENTRY / TRIMWORK | 609.34 | 0.83% |
| FINISH HARDWARE | 211.70 | 0.29% |
| FRAMING & ROUGH CARPENTRY | 182.69 | 0.25% |
| HAZARDOUS MATERIAL REMEDIATION | 10,770.99 | 14.60% |
| LABOR ONLY | 22,475.55 | 30.47% |
| LIGHT FIXTURES | 187.04 | 0.25% |
| PLUMBING | 895.63 | 1.21% |
| PAINTING | 3,376.13 | 4.58% |
| TEMPORARY REPAIRS | 117.45 | 0.16% |
| WINDOW TREATMENT | 225.78 | 0.31% |
| **O&P Items Subtotal** | **56,772.30** | **76.96%** |
| Material Sales Tax | 561.19 | 0.76% |
| Cleaning Mtl Tax | 603.71 | 0.82% |
| Overhead | 7,242.21 | 9.82% |
| Profit | 8,147.50 | 11.04% |
| Cleaning Sales Tax | 444.15 | 0.60% |
| **Total** | **73,771.06** | **100.00%** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



1        1-IMG_1339                          Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



2      2-IMG_1340                         Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



3        3-IMG_1341                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



4      4-IMG_1342                     Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



5        5-IMG_1343                          Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



6        6-IMG_1344                          Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



7        7-IMG_1345                          Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



8        8-IMG_1346                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



9        9-IMG_1347                        Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



10     10-IMG_1348                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



11        11-IMG_1349                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



12        12-IMG_1350                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



13      13-IMG_1351                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



14　　14-IMG_1352　　　　　　　　Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



15        15-IMG_1353                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



16    16-IMG_1354        Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



17    17-IMG_1355          Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



18      18-IMG_1356                    Date Taken: 5/29/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



19        19-IMG_1357                    Date Taken: 5/29/2023