

| | |
|---|---|
| **From:** | Eric Dick |
| **To:** | Paul Bishop |
| **Cc:** | Jamie Cooper; Laura Van Story |
| **Subject:** | Re: 0681-0121 - Liriano - De-designation |
| **Date:** | Monday, December 11, 2023 1:45:33 PM |

Paul,

There has been some type of confusion. Richard Brandon Gadrow is Brandon Gadrow or Richard Gadrow. I hope that helps.

On Mon, Dec 11, 2023 at 11:01 AM Paul Bishop <bishop@mdjwlaw.com> wrote:

> Hi Eric,
>
> We noticed Richard Gadrow's deposition multiple times and were reset because he couldn't make it.
>
> Then we learned that he is deceased.
>
> Please remove his designation from your expert designations or we will seek sanctions.
>
> We do not want Brandon Gadrow and we are not going to accept him as a substitute because your designations still had Richard on them, even after he passed away.
>
> Thank you,
>
> **Paul Bishop | Associate**
> Martin, Disiere, Jefferson & Wisdom, LLP
> 11467 Huebner Rd, Suite 175 | San Antonio, Texas | 78230
> Phone: (210) 298-2447 | Fax: (210) 298-2479
> bishop@mdjwlaw.com | www.mdjwlaw.com