EXHIBIT
2



**Richard A Gadrow**

 

 Profile  Mementos  Keeper  Family  23 Events

# Richard A Gadrow

## July 21st, 1970 - June 2nd, 2023

## Biography

     Rick was a man of conviction and did everything he could for his family. He leaves his love, Jacquelyn Gadrow of 30 years. He leaves 3 beautiful children Bethany, Miranda, Brandon and step son Jonathan, as well as Brothers Larry and John. Along with numerous Aunts and Uncles and cousins. He now joins his Father and Mother Lawrence and Donna, Sister Christine, as well as his oldest step son Justin who I'm sure are so glad to be with him again. Rick was a unique individual with tons of talent and his bottom line was his bottom line. He was fair and level headed, calm when most weren't and always stood up for the underdog. He was an avid animal lover and wanted to do wood work and someday build a cabin in the woods. He was taken way to soon and will be sorely missed by all that knew him and loved him. I want to mention his KoA family who also had a big impact on his life and RBS his home away from home with people from all over the world that looked up to and admired him greatly and will miss him dearly, especially Ven his RBS daughter who he cared for deeply. He will be missed beyond words and we will never ever forget him.

### Mementos



### This Family has Entrusted their Care to:

### Keepers



 Help



## About

| | |
|---|---|
| Name | Richard A Gadrow |
| Date of Birth | July 21st, 1970 |
| Date of Death | June 2nd, 2023 |



## Memorial



### Send a Tribute

Click here to leave a tribute, memory, story or



| | |
|---|---|
| Funeral Home | Birdsong Cremations |



Tributes

Case 4:22-cv-00629 Document 152-21 Filed on 05/06/24 in TXSD Page 5 of 5

 **Laurie** published a tribute **8 months ago**.
Ricky, so many fun childhood memories. Like life often does, our adult selves grew apart but our childhood and family bond never broke. Thanks for your help with the drone. Rest in peace

