# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Matthew Dawkins, et al. | § § | |
| *versus* | § § | Case Number: 4:24−cv−00639 |
| Allstate Vehicle & Property Insurance Company | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 6/12/24 at 10:15 a.m.

Date: June 11, 2024

                                                                                       Nathan Ochsner, Clerk