## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Matthew Dawkins, et al.

v.                                             Case Number: 4:24–cv–00639

Allstate Vehicle & Property Insurance
Company

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/12/2024

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   June 11, 2024                                  Nathan Ochsner, Clerk