United States District Court
Southern District of Texas
**ENTERED**
June 12, 2024
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON PRESIDING
DATE: June 12, 2023
COURT REPORTER: ERO
MORNING: 10:14-10:17AM       AFTERNOON: _____
**************************************************************************

CIVIL NO. 4:24cv639

| Matthew Dawkins, et al | Joe Synoradzi |
|---|---|
| Plaintiffs | |
| Allstate Vehicle & Property Insurance Company, | Kurstin Grady |
| Defendant | |

**************************************************************************

MINUTE ENTRY ORDER:

The Court conducted the Initial Conference and entered a Scheduling Order.

Signed this 12th day of June, 2024.

_____
Richard W. Bennett
United States Magistrate Judge