United States District Court
Southern District of Texas
**ENTERED**
June 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW AND MONICA DAWKINS,  §  *Plaintiffs*, § | | |
| § | | |
| v.    § | Civil Action No. 4:24-cv-639 | |
| § | | |
| ALLSTATE VEHICLE & PROPERTY   § | JURY TRIAL REQUESTED | |
| INSURANCE COMPANY             § | | |
| *Defendant*.    § | | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 5 days           __ Bench    _X_ Jury

2. New parties must be joined by:                                                      July 12, 2024
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    March 14, 2025

4. The defendant's experts must be named with a report furnished by:  April 25, 2025

5. Discovery must be completed by:                                                    July 31, 2025
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                              August 29, 2025

   Responses due by:                                                                  September 26, 2025

7. Non-Dispositive Motions will be filed by:                                          September 26, 2025

********************   The Court will provide these dates.   **********************

8. Joint pretrial order is due:                                                       February 25, 2026
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for 1:30 PM on:                                   March 30, 2026

10. Trial is set for 9:00 AM on:                                                      April 13, 2026
    *The case will remain on standby until tried.*

Signed this 12th day of June, 2024

_____
Richard W. Bennett
United States Magistrate Judge