Case 4:24-cv-00639   Document 22   Filed on 02/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONICA & MATTHEW DAWKINS, *Plaintiffs*, v. ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, *Defendants*. | No. 4:24-cv-000639 |

## ORDER

Plaintiffs shall fully respond to Defendants discovery requests by March 16, 2025.

Plaintiffs Motion to Withdraw as Attorney (at entry no. 21) is DENIED AS MOOT.

SIGNED this 13th day of February, 2025

Andrew S. Hanen
United States District Judge