IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MATTHEW & MONICA DAWKINS,** § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:24-CV-00639 | |
| § | | |
| **ALLSTATE VEHICLE & PROPERTY** § | | |
| **INSURANCE COMPANY,** § | | |
| § | | |
| *Defendant.* § | | |

## DECLARATION OF LOUIS CHARLES TAYLOR JR.

I, Louis Charles Taylor Jr., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am a commissioned Notary Public in the State of Texas. I maintain my notary commission in good standing and am familiar with the proper procedures for verifying identity and notarizing documents.

2. I personally know Richard Brandon Gadrow through my professional dealings with him. I am aware that he is the son of Richard A. Gadrow and that he continues to operate Quantum Claim Consulting Services following his father's passing in June 2023.

3. On April 25, 2024, Richard Brandon Gadrow appeared before me to execute an affidavit. Before notarizing the document, I:

- Verified his identity through his Texas driver's license
- Confirmed he was signing the document willingly
- Witnessed his signature on the document

4. At no time was there any attempt to misrepresent the identity of the person signing the affidavit. Richard Brandon Gadrow properly identified himself, and I was fully aware that I was notarizing his signature, not that of his deceased father.

5. I follow all required procedures under Texas law. The April 25, 2024 notarization was performed in full compliance with these requirements.

6. Any suggestion that I notarized a document for a deceased person is categorically false. I notarized the signature of Richard Brandon Gadrow, who appeared before me in person and provided proper identification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. § 1746.

Executed on 2/26/2025, at Houston, Texas

*[signature]*
LOUIS CHARLES TAYLOR JR.