## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

| | |
|---|---|
| Client: | Thanh Nguyen |
| Property: | 814 S 75th Street |
| | Houston, TX 77023 |
| | |
| Operator: | RICK.QCC |
| | |
| Estimator: | QCC ESTIMATOR |
| Company: | Quantum Claim Consultants |
| Business: | 30718 Meadow Edge Dr. |
| | Magnolia , TX 77354 |
| | |
| Type of Estimate: | |
| Date Entered: | 10/26/2023       Date Assigned: |
| | |
| Price List: | TXHO8X_OCT23 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | DICKLAW-23269HOU |
| File Number: | DL23269HOU |

The following estimate is based upon a visual inspection of the above referenced property conducted in October of 2023. No destructive testing of any kind was performed during the inspection. This estimate is based on the current xactimate pricelist for the area and in accordance with general construction practices and applicable codes taken into account. We reserve the right to alter or modify our opinions and, by extension, this estimate as new information becomes available. QCC Services is NOT a public adjusting firm we are an inspection and estimating firm contracted by Others to provide a disinterested third party estimate for the repairs to the subject property caused by a covered peril as defined by Others.

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

**DICKLAW-23269HOU**

### Exterior

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1. Seal & paint stucco | 780.00 | SF @ | 1.50 = | 1,170.00 |
| 11. R&R Storefront door - alum. anodized frame, 3'x7' -Single pane | 1.00 | EA @ | 1,468.82 = | 1,468.82 |
| 13. R&R Storefront - aluminum anodized frame - Single pane | 72.04 | SF @ | 28.61 = | 2,061.07 |

**Rear Entry**     LxWxH 19' 2" x 17' 4" x 10'

**Subroom 1: Offset 1**     LxWxH 13' 4" x 1' x 10'

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3. R&R Baseboard - 2 1/4" | 101.67 | LF @ | 4.21 = | 428.03 |
| 5. Paint baseboard - two coats | 101.67 | LF @ | 1.52 = | 154.54 |
| 6. Scrape the walls & prep for paint | 1,016.67 | SF @ | 0.67 = | 681.17 |
| 7. Texture drywall - light hand texture | 1,016.67 | SF @ | 1.32 = | 1,342.00 |
| 9. Seal/prime (1 coat) then paint (1 coat) the walls | 1,016.67 | SF @ | 1.00 = | 1,016.67 |
| 10. Mask and prep for paint - tape only (per LF) | 305.00 | LF @ | 0.64 = | 195.20 |

### General

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 14. Commercial Supervision / Project Management - per hour | 60.00 | HR @ | 83.82 = | 5,029.20 |
| 15. General Laborer - per hour | 48.00 | HR @ | 48.08 = | 2,307.84 |
| 16. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 | EA @ | 471.60 = | 471.60 |
| 20. Electrical (Paid Bill) | 1.00 | EA @ | 21,700.00 = | 21,700.00 |

This is the paid bill amount for all electrical work and labor received from MTH Electric LLC

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,016.67 | SF Walls | 345.56 | SF Ceiling | 1,362.22 | SF Walls and Ceiling |
| 345.56 | SF Floor | 38.40 | SY Flooring | 101.67 | LF Floor Perimeter |
| 325.00 | SF Long Wall | 183.33 | SF Short Wall | 101.67 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Summary

| | |
|---|---:|
| Line Item Total | 38,026.14 |
| Material Sales Tax | 250.10 |
| Subtotal | 38,276.24 |
| Overhead | 4,784.53 |
| Profit | 5,382.61 |
| **Replacement Cost Value** | **$48,443.38** |
| **Net Claim** | **$48,443.38** |

_____
QCC ESTIMATOR

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap of Taxes, Overhead and Profit

| | Overhead (12.5%) | Profit (12.5%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Line Items** | | | | | | | | |
| | 4,784.53 | 5,382.61 | 250.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **4,784.53** | **5,382.61** | **250.10** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap by Room

**Estimate: DICKLAW-23269HOU**

| | | |
|---|---:|---:|
| Exterior | 4,699.89 | 12.36% |
| Rear Entry | 3,817.61 | 10.04% |
| General | 29,508.64 | 77.60% |
| **Subtotal of Areas** | **38,026.14** | **100.00%** |
| **Total** | **38,026.14** | **100.00%** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| GENERAL DEMOLITION | 751.87 | 1.55% |
| DRYWALL | 1,342.00 | 2.77% |
| ELECTRICAL | 21,700.00 | 44.79% |
| FINISH CARPENTRY / TRIMWORK | 373.13 | 0.77% |
| GLASS, GLAZING, & STOREFRONTS | 3,304.52 | 6.82% |
| LABOR ONLY | 7,337.04 | 15.15% |
| PAINTING | 3,217.58 | 6.64% |
| **O&P Items Subtotal** | **38,026.14** | **78.50%** |
| Material Sales Tax | 250.10 | 0.52% |
| Overhead | 4,784.53 | 9.88% |
| Profit | 5,382.61 | 11.11% |
| **Total** | **48,443.38** | **100.00%** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



1	1-IMG_5923	Date Taken: 10/26/2023

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354



2　　2-IMG_5924　　　　　　　　Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



3        3-IMG_5925                    Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



4	4-IMG_5926	Date Taken: 10/26/2023

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354



5	5-IMG_5927	Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



6    6-IMG_5928    Date Taken: 10/26/2023

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354



7       7-IMG_5929              Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



8    8-IMG_5930                Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



9           9-IMG_5931                                    Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



10   10-IMG_5932           Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



11  11-IMG_5933                            Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



12     12-IMG_5934     Date Taken: 10/26/2023

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



13          13-IMG_5935                  Date Taken: 10/26/2023