UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MATTHEW AND MONICA DAWKINS,** *Plaintiff,* | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-00639 |
| **ALLSTATE VEHICLE & PROPERTYINSURANCE COMPANY,** *Defendant.* | § § § § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs MATTHEW AND MONICA DAWKINS ("Plaintiffs") file this written notice to the Court that they have agreed with the ALLSTATE VEHICLE & PROPERTYINSURANCE COMPANY ("Defendant") to settle all matters in dispute with regard to this cause of action for an agreed amount. Defendant is preparing a final settlement and release agreement for Plaintiffs review and execution. Once the document is returned and the settlement is funded, the parties anticipate filing appropriate dismissal documents. Therefore, Plaintiffs ask the Court to remove the case from the active trial docket and stay all pending and upcoming deadlines as the parties work to finalize the settlement agreement between them for a period of 90 days.

Respectfully submitted,

*/s/ Eric B. Dick*
Eric B. Dick, LL.M.
TBN: 24064316
DICK LAW FIRM, PLLC
3701 Brookwoods Dr.
Houston, Texas 77092

844-447-3234 Office<br>
eric@dicklawfirm.com<br>
<b>ATTORNEY FOR PLAINTIFFS</b>

<b><u>CERTIFICATE OF SERVICE</u></b>

I certify that on February 20, 2026, a true and correct copy of the above was served to parties of record in a method appropriate under Federal Rules of Civil Procedure.

<i><u>/s/ Eric B. Dick</u></i>
Eric Dick