United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW and MONICA DAWKINS § | |
| § | |
| VS § | CIVIL ACTION NO. H:24-639 |
| § | |
| ALLSTATE VEHICLE & § | |
| PROPERTY INSURANCE COMPANY § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. (*See* Doc. No. 35). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next ninety days.

SIGNED this 26th day of February 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE